AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>LANSON MANNING<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)      25-mj-14-JMC<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2, 2024__ in the county of __Montezuma__ in the __State and__ District of __Colorado__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 113(a)(6), 1153 | Assault Resulting in Serious Bodily Injury in Indian Country |

This criminal complaint is based on these facts:

See Affidavit, attached hereto.

☐ Continued on the attached sheet.

/s/ Asher Spaulding
*Complainant's signature*

Asher Spaulding, BIA-Special Agent
*Printed name and title*

Sworn to before me and signed by reliable electronic means.

Date: 01/23/2025

*Judge's signature*

City and state: Durango, Colorado

Hon. Magistrate Judge James M. Candelaria
*Printed name and title*