| | |
|---|---|
| DEFENDANT: | Lanson Manning |
| YOB: | 1992 |
| COMPLAINT FILED? | __X__ Yes   ____ No |
| OFFENSE(S): | COUNT 1: 18 U.S.C. §§ 113(a)(6) and 1153 – Assault Resulting in Serious Bodily Injury in Indian Country. |
| LOCAT. OF OFFENSE: | Montezuma County, Colorado (Ute Mountain Ute Indian Reservation) |
| PENALTY: | COUNT 1:   NMT 10 years imprisonment, a $250,000 fine or both, a term of supervised release of NMT 3 years, and a $100 special assessment fee. |
| AGENT: | Special Agent Asher Spaulding, Bureau of Indian Affairs |
| AUTH. BY: | Lisa Franceware, Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__x__ five days or less   ____ over five days   ____ other

THE GOVERNMENT

__X__ **will seek** detention in this case based on 18 U.S.C. § 3142(f)(1) and (f)(2)(A) and (B)

____ will not seek detention

OCDETF CASE:   __ Yes   _X_ No